IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 80549-5-I |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARIAH LESHAY PHILLIPS, | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | |
| | ) | |

PER CURIAM — Mariah Phillips appeals the financial obligations imposed following her guilty plea to second degree murder. She contends, and the State concedes, that the court erred in imposing supervision fees because she is indigent, the fees are not mandatory, and the court expressly waived all nonmandatory financial obligations. Phillips's contention is supported by the record and the decisions in State v. Ramirez, 191 Wn.2d 732, 426 P.3d 714 (2018) and State v. Dillon, 12 Wn. App. 2d 133, 456 P.3d 1199 (2020) (where defendant is indigent and record demonstrates court's intent to waive nonmandatory financial obligations, boilerplate financial obligations should be stricken).

We accept the concession and remand with directions to strike the supervision fee from the judgment and sentence.

FOR THE COURT:

_____

_____

_____